# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STEVEN L. YOUNG, SR.,** | : Civil Action Number: |
| **LEVAR DAVIS,** | : |
| **MICHAEL SCOTT, JR.** | : |
| **TROY OGLESBY,** | : |
| **ALEXANDER KETTLES,** | : |
| **NOLAN MALIK MITCHELL,** | : |
| **TAIWA UKAWABUTU** | : **ORIGINAL COMPLAINT** |
| | : **AND JURY DEMAND** |
| Plaintiffs, | : |
| v. | : |
| **MARTY SMALL,** Mayor of the City of Atlantic City, | : |
| **HENRY WHITE,** Former Chief, Atlantic City Police Department, | : |
| **OFFICERS A-Z,** | : |
| Atlantic City Police Department, and | : |
| **THE CITY OF ATLANTIC CITY,** | : |
| Defendants. | : **Civil Action** |

RECEIVED

FEB 1 0 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## NATURE OF THE CASE

1. Plaintiffs[1] brings this action seeking damages and to remedy Defendants subjecting them to false arrest and malicious prosecution in violation of their constitutional rights.

---

[1] *The Plaintiffs are known as "The Expressway Seven".*

1

## JURISDICTION

2. This is a Civil Rights Complaint for violations of the Plaintiffs' Civil and Constitutional Rights under the First, Fourth, Fifth, Sixth and Fourteenth Amendments of the United States Constitution. 42 U.S.C. § 1983; 28 U.S.C. § 1331, 1343, 1391.

## THE PARTIES

3. The Plaintiffs are:

Steven L. Young, Sr
1835 N. Arkansas Avenue
Atlantic City, NJ 08401

Levar Davis
92 Atlantic Avenue
Pleasantville, NJ 08232

Michael Scott, Jr.
247 Bellevue Avenue
Trenton, NJ 08618

Troy Oglesby
P.O. Box 8383
Cherry Hill, NJ 08002

Alexander Kettles
4 Cooper Street
P.O. Box 1313
Burlington, NJ 08016

Nolan Mitchell
621 W. Virginia Avenue
Atlantic City, NJ 08401

Taiwa Ukawabutu
26 W. Windsor Avenue
Pleasantville, NJ 08234

4. The Defendants are:

   Marty Small, Mayor of the City of Atlantic City, New Jersey
   Henry White, former Chief, Atlantic City Police Department,
   Officers A-Z, of the Atlantic City Police Department; and
   The City of Atlantic City, New Jersey

## FACTS RELEVANT TO DEFENDANTS

5. As the duly elected Mayor of the City of Atlantic City, New Jersey, Defendant Marty Small singled out the Plaintiffs, *The Expressway Seven*, for false arrest and malicious prosecution, for exercising their constitutionally protected rights to engage in peaceful protest, on July 4, 2020.

6. Prior to this expected event, Steven L. Young, Sr. reached out to the United States Department of Justice for intervention. Liaisons were assigned by the Department of Justice as observers and were in direct contact with the Atlantic City Mayor's Office, the Atlantic City Police Department, the New Jersey Attorney General and the New Jersey State Police.

7. As the Plaintiffs rendezvoused, amongst hundreds of other protesters, heavily armed members of the Atlantic City Police Department formed a tactical circle around the Plaintiffs and began going "hands on" followed by commands to "obey" and "stop resisting," as the Officers arrested only *The Expressway Seven*.

8. Other than *The Expressway Seven*, none of the other protesters or participants were arrested for exercising their rights to peacefully protest. *The Expressway Seven* were singled out for arrest and prosecution by Defendant Mayor Marty Small.

## STATEMENT OF FACTS

9. Following the May 25, 2020 death of **George Floyd** – an unarmed Black man who was killed by a Minneapolis police officer who kneeled on his neck as he repeatedly cried, "I can't breathe" – Black Lives Matter protest against racist police violence spread across the world.

10. On July 4, 2020, a peaceful march took place near the Atlantic City Expressway, involving seven Black men who have since come to be known as *The Expressway Seven*. The protest was organized and led by Steven L. Young, Sr., a prominent Atlantic City activist renowned for his commitment and community advocacy. Mr. Young, determined to ensure the march remained focused on grassroots activism and economic oppression toward the Black community.

11. The march was a direct response to demand an end to the systemic racism and police brutality that have taken the lives of George Floyd, Breonna Taylor and so many other Black Americans. Like with Atlantic City, similar protests were carried out nationally and globally.

12. At approximately 1:00 PM, the demonstration began in front of the city's public safety building on the 2700 Block of Atlantic Avenue. A modest crowd had initially gathered, holding signs and chanting "Black Lives Matter," a rallying cry for justice.

13. Steven L. Young, Sr. addressed the assembly, calling on city and government officials to redirect a greater portion of funding from casino revenue and other financial resources to support and rejuvenate Atlantic City's economically challenged neighborhoods. With the crowd energized, Mr. Young led the march through the streets, resounding with chants, "No justice, no peace" and "Say it loud, I'm Black and I'm proud."

14. As the march progressed, the group momentarily occupied the Albany Avenue drawbridge and continued peacefully through the city's streets and culminated near Missouri Avenue, close to the Exit 2 off-ramp of the Atlantic City Expressway. At this location, the Atlantic City Police Department went full "hands on" and arrested only *The Expressway Seven,* 7 Black men.

15. On June 30 , 2020, Defendant Mayor Marty Small publicly warned the Plaintiffs that anyone who participated in the rally would be arrested.

## CAUSES OF ACTION

16. The first cause of action is Defendant Marty Small, who, acting under color of State Law as the duly elected Mayor of the City of Atlantic City, abused his authority by singling out and ordering the arrest of the Plaintiffs, in violation of the First Amendment to the United States Constitution.

17. The second cause of action is Defendant Marty Small, who, acting under color of State Law as the duly elected Mayor of the City of Atlantic City, abused his authority by singling out and ordering the arrest of the Plaintiffs, in violation of the Fourth Amendment to the United States Constitution.

18. The third cause of action is Defendant Marty Small, who, acting under color of State Law as the duly elected Mayor of the City of Atlantic City, abused his authority by singling out and ordering the arrest of the Plaintiffs, in violation of the Fifth Amendment to the United States Constitution.

19. The fourth cause of action is Defendant Marty Small, who, acting under color of State Law as the duly elected Mayor of the City of Atlantic City, abused his authority by singling out and ordering the arrest of the Plaintiffs, in violation of the Sixth Amendment to the United States Constitution.

20. The fifth cause of action is Defendant Marty Small, who, acting under color of State Law as the duly elected Mayor of the City of Atlantic City, abused his authority by singling out and ordering the arrest of the Plaintiffs, in violation of the Fourteenth Amendment to the United States Constitution.

21. The sixth cause of action is the Defendants subjected the Plaintiffs to four years of wrongful prosecution and legal fees.

## RELIEF SOUGHT

22. Plaintiffs seeks Declaratory judgment that the July 4, 2020, arrests of *The Expressway Seven* by the Atlantic City Police Department, for all of the above reasons, were in violation of the Plaintiffs' rights under the United States Constitution and 42 U.S.C. 1983.

23. Plaintiffs seek injunctive relief ordering Defendants to cease the unlawful policies, customs, or practices that caused the violations of Plaintiffs' rights.

24. Plaintiffs seeks compensatory damages in an amount to be determined at trial for physical, emotional, and constitutional injuries suffered by the Plaintiffs.

25. Plaintiffs seeks punitive damages in the amount of $50,000,000 (fifty million dollars) against each defendant, for their reckless, callous, or deliberate indifference to Plaintiffs' constitutional rights. (To be amended.)

26. Plaintiffs seeks nominal damages.

27. Plaintiffs seeks reasonable attorneys' fees and costs pursuant to 42 U.S.C. 1988; and

28. Plaintiffs seeks any additional relief the Court deems just, proper and equitable.

Respectfully,
s/<u>Plaintiffs</u>

Steven L. Young, Sr
Levar Davis
Michael Scott, Jr.
Troy Oglesby
Alexander Kettles
Nolan Mitchell
Taiwa Ukawabutu

**SEE ATTACHED DECLARATIONS**

## DECLARATION OF PLAINTIFF, NOLAN MITCHELL

I, Nolan Mitchell, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;

2. I have reviewed the pleadings relating to this lawsuit;

3. All statements made by me during this litigation are true and correct to the best of knowledge.

4. If any of those statements are/were made upon information and belief, I believe them to be true.

5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*Nolan Mitchell*
Nolan Mitchell,
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

*Andra C Williams* on this 9th day of February 2026

DECLARATION OF PLAINTIFF, STEVEN L. YOUNG, SR.

I, Steven L. Young, Sr., declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;

2. I have reviewed the pleadings relating to this lawsuit;

3. All statements made by me during this litigation are true and correct to the best of knowledge.

4. If any of those statements are/were made upon information and belief, I believe them to be true.

5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Steven L. Young, Sr.,
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

Andra C. Williams on this 9th day of February 2026

DECLARATION OF PLAINTIFF, ALEXANDER KETTLES

I, Alexander Kettles, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;
2. I have reviewed the pleadings relating to this lawsuit;
3. All statements made by me during this litigation are true and correct to the best of knowledge.
4. If any of those statements are/were made upon information and belief, I believe them to be true.
5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Alexander Kettles,
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

*[signature]* Andra Williams on this 9th Day of February 2026

DECLARATION OF PLAINTIFF, TROY OGLESBY

I, Troy Oglesby, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;

2. I have reviewed the pleadings relating to this lawsuit;

3. All statements made by me during this litigation are true and correct to the best of knowledge.

4. If any of those statements are/were made upon information and belief, I believe them to be true.

5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*Troy Oglesby,*
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

*Andra Williams* on this 9th day of February 2026

DECLARATION OF PLAINTIFF, LAVAR DAVIS

I, Lavar Davis, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;

2. I have reviewed the pleadings relating to this lawsuit;

3. All statements made by me during this litigation are true and correct to the best of knowledge.

4. If any of those statements are/were made upon information and belief, I believe them to be true.

5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Lavar Davis,
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

on this 9th day of February 2026

DECLARATION OF PLAINTIFF, TAIWA UKAWABUTU

I, Taiwa Ukawabutu, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;
2. I have reviewed the pleadings relating to this lawsuit;
3. All statements made by me during this litigation are true and correct to the best of knowledge.
4. If any of those statements are/were made upon information and belief, I believe them to be true.
5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature: Taiwa Ukawabutu]*

Taiwa Ukawabutu,
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

*[signature: Andra Williams]* on this 9th day of February 2026

DECLARATION OF PLAINTIFF, MICHAEL SCOTT

I, Michael Scott, declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the following is true and correct:

1. I am a Plaintiff in this civil action against Atlantic City Municipality;

2. I have reviewed the pleadings relating to this lawsuit;

3. All statements made by me during this litigation are true and correct to the best of knowledge.

4. If any of those statements are/were made upon information and belief, I believe them to be true.

5. I am submitting this declaration in connection with this case, with the understanding it will be filed with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Michael Scott*
Michael Scott,
Plaintiff

ANDRA C. WILLIAMS
NOTARY PUBLIC OF NEW JERSEY
COMMISSION ID# 50182112
MY COMMISSION EXPIRES
JANUARY 27, 2027

Andra C. Williams on this 9th day of February 2026